Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−20409−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Perry
1158 Kennedy Blvd
Bayonne, NJ 07002

Jessica Perry
aka Jessica Serrano
1158 Kennedy Blvd
Bayonne, NJ 07002

Social Security No.:
xxx−xx−3632                              xxx−xx−8974

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On May 23, 2019 a Notice of Meeting of Creditors was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Listed the Judge as Vincent F. Papalia

Corrected to state:
Stacey l. Meisel is the presiding Judge.

The amendment of this notice does not affect deadlines that have been previously set.

Dated: May 29, 2019
JAN: sg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-20409-SLM
Richard Perry                                                               Chapter 13
Jessica Perry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: May 29, 2019
                               Form ID: 196             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
```
db/jdb         +Richard Perry,    Jessica Perry,    1158 Kennedy Blvd,    Bayonne, NJ 07002-3124
518261887      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518261888      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518261889      +Brinks Home Security,    Dept CH 8628,    Palatine, IL 60055-0001
518261894      +Jersey City Medical Center,    PO Box 28949,    New York, NY 10087-8949
518261900     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518261899      +The Valley Hospital,    PO Box 18998,    Newark, NJ 07191-8998
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 00:23:01     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 00:22:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518261886       E-mail/Text: ebnbankruptcy@ahm.honda.com May 30 2019 00:23:08     American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
518261890      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2019 00:27:41     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518261892       E-mail/Text: mrdiscen@discover.com May 30 2019 00:21:52     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518261891      +E-mail/PDF: pa_dc_ed@navient.com May 30 2019 00:27:50     Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
518261893      +E-mail/Text: ebn@rwjbh.org May 30 2019 00:23:22     Jersey City Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
518261895      +E-mail/Text: bankruptcy@lightstream.com May 30 2019 00:23:45     Lightstream,    Suntrust,
                 303 Peachtree Street,    Atlanta, GA 30308-3201
518261896      +E-mail/PDF: pa_dc_claims@navient.com May 30 2019 00:27:46     Navient,    Attn: Bankruptcy,
                 Po Box 9640,    Wilkes-Barre, PA 18773-9640
518261897      +E-mail/Text: bankruptcyteam@quickenloans.com May 30 2019 00:23:18     Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518261898      +E-mail/Text: bankruptcy@lightstream.com May 30 2019 00:23:46     Suntrust,
                 303 Peachtree Street,    Atlanta, GA 30308-3208
518261901      +E-mail/Text: bankruptcynotice@westlakefinancial.com May 30 2019 00:22:59
                 Westlake Financial Services,    PO Box 76809,    Los Angeles, CA 90076-0809
                                                                                              TOTAL: 12
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Richard Perry nickfitz.law@gmail.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Jessica Perry nickfitz.law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 29, 2019
                              Form ID: 196             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 5