| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on September 12, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN RE:<br>    RICHARD PERRY<br>    JESSICA PERRY | Case No.:  19-20409<br><br>Hearing Date:  09/11/2019<br><br>Judge:  STACEY L. MEISEL |

**ORDER DENYING CONFIRMATION**

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: September 12, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  RICHARD PERRY
JESSICA PERRY

Case No.: 19-20409SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 09/11/2019 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 9/11/2019 of the plan filed on 08/07/2019, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 09/18/2019 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

United States Bankruptcy Court
District of New Jersey

In re:
Richard Perry
Jessica Perry
    Debtors

Case No. 19-20409-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 12, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db/jdb        +Richard Perry,   Jessica Perry,   1158 Kennedy Blvd,   Bayonne, NJ 07002-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
            Denise E. Carlon   on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            James J. Fitzpatrick   on behalf of Debtor Richard  Perry nickfitz.law@gmail.com,
             nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
            James J. Fitzpatrick   on behalf of Joint Debtor Jessica  Perry nickfitz.law@gmail.com,
             nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
            John R. Morton, Jr.   on behalf of Creditor   American Honda Finance Corporation
             ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
            Marie-Ann  Greenberg   magecf@magtrustee.com
            Nicholas  Fitzgerald   on behalf of Debtor Richard  Perry nickfitz.law@gmail.com
            Nicholas  Fitzgerald   on behalf of Joint Debtor Jessica  Perry nickfitz.law@gmail.com
            Rebecca Ann Solarz   on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
            U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 9