Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 19−20409−SLM  
Chapter: 13  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Perry  
1158 Kennedy Blvd  
Bayonne, NJ 07002

Jessica Perry  
aka Jessica Serrano  
1158 Kennedy Blvd  
Bayonne, NJ 07002

Social Security No.:  
xxx−xx−3632

xxx−xx−8974

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 05/22/2019 and a confirmation hearing on such Plan has been scheduled for 7/24/2019 at 08:30 AM.

The debtor filed a Modified Plan on 09/13/2019 and a confirmation hearing on the Modified Plan is scheduled for 10/23/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 16, 2019  
JAN: dlr

Jeanne Naughton  
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 19-20409-SLM
Richard Perry                                                Chapter 13
Jessica Perry
        Debtors              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2              Date Rcvd: Sep 16, 2019
                               Form ID: 186                Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db/jdb         +Richard Perry,    Jessica Perry,    1158 Kennedy Blvd,    Bayonne, NJ 07002-3124
518261887      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518346211      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518261888      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518261889      +Brinks Home Security,    Dept CH 8628,    Palatine, IL 60055-0001
518261894      +Jersey City Medical Center,    PO Box 28949,    New York, NY 10087-8949
518285861      +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
518261900     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:    Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518261899      +The Valley Hospital,    PO Box 18998,    Newark, NJ 07191-8998
518286111      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2019 00:15:58     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2019 00:15:56     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 17 2019 00:16:04
                 American Honda Finance Corporation,    PO Box 168088,    Irving, TX  75016-8088
518261886       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 17 2019 00:16:04     American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
518293459       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 17 2019 00:16:04
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518261890      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2019 00:18:05     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518334304      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2019 00:18:46
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518261892       E-mail/Text: mrdiscen@discover.com Sep 17 2019 00:14:58     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518261891      +E-mail/PDF: pa_dc_ed@navient.com Sep 17 2019 00:18:08     Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
518272711       E-mail/Text: mrdiscen@discover.com Sep 17 2019 00:14:58     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518261893      +E-mail/Text: ebn@rwjbh.org Sep 17 2019 00:16:15     Jersey City Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
518261895      +E-mail/Text: bankruptcy@lightstream.com Sep 17 2019 00:16:32     Lightstream,    Suntrust,
                 303 Peachtree Street,    Atlanta, GA 30308-3201
518261896      +E-mail/PDF: pa_dc_claims@navient.com Sep 17 2019 00:18:07     Navient,    Attn: Bankruptcy,
                 Po Box 9640,    Wilkes-Barre, PA 18773-9640
518377388       E-mail/PDF: pa_dc_claims@navient.com Sep 17 2019 00:18:09
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
518381426       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2019 00:29:53
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
518261897      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 17 2019 00:16:15     Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518319177      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 17 2019 00:16:15     Quicken Loans Inc.,
                 635 Woodward Ave.,    Detroit, MI 48226-3408
518261898      +E-mail/Text: bankruptcy@lightstream.com Sep 17 2019 00:16:33     Suntrust,
                 303 Peachtree Street,    Atlanta, GA 30308-3208
518363622      +E-mail/Text: peritus@ebn.phinsolutions.com Sep 17 2019 00:16:37
                 Westlake - C/O Peritus Portfolio Services,    P.O. Box 141419,    Irving, TX 75014-1419
518261901      +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 17 2019 00:15:57
                 Westlake Financial Services,    PO Box 76809,    Los Angeles, CA 90076-0809
                                                                                               TOTAL: 20

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 16, 2019
                              Form ID: 186             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          James J. Fitzpatrick    on behalf of Joint Debtor Jessica  Perry nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
          James J. Fitzpatrick    on behalf of Debtor Richard  Perry nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
          John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Richard  Perry nickfitz.law@gmail.com
          Nicholas  Fitzgerald    on behalf of Joint Debtor Jessica  Perry nickfitz.law@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          Sarah J. Crouch    on behalf of Debtor Richard  Perry nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          Sarah J. Crouch    on behalf of Joint Debtor Jessica  Perry nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 11
```