| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Richard Perry<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3632<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Jessica Perry<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8974<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13   5/22/19 |
| Case number: | 19–20409–SLM | Date case converted to chapter: 7   7/10/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard Perry | Jessica Perry |
| 2. | **All other names used in the last 8 years** | | aka Jessica Serrano |
| 3. | **Address** | 1158 Kennedy Blvd<br>Bayonne, NJ 07002 | 1158 Kennedy Blvd<br>Bayonne, NJ 07002 |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas Fitzgerald<br>Fitzgerald & Crouch, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306 | Contact phone 201–533–1100<br><br>Email: Fitz2Law@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Barbara Edwards<br>Muscarella,Bochet,Edwards & D'Alessandro<br>10–04 River Road<br>Fair Lawn, NJ 07410 | Contact phone (201) 796–3100 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building <br>50 Walnut Street <br>Newark, NJ 07102 <br>Additional information may be available at the Court's Web Site: <br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br>Contact phone 973–645–4764 <br><br>Date: 7/12/20 |
| **7.** **Meeting of creditors** <br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 7, 2020 at 09:30 AM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** **Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/6/20** |
| | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Perry  
Jessica Perry  
    Debtors

Case No. 19-20409-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 | Date Rcvd: Jul 13, 2020 |
| | Form ID: 309A | Total Noticed: 32 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.

```
db/jdb         +Richard Perry,    Jessica Perry,    1158 Kennedy Blvd,    Bayonne, NJ 07002-3124
tr             +Barbara Edwards,    Muscarella,Bochet,Edwards & D'Alessandro,    10-04 River Road,
                 Fair Lawn, NJ 07410-1433
518346211      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518261889      +Brinks Home Security,    Dept CH 8628,    Palatine, IL 60055-0001
518261894      +Jersey City Medical Center,    PO Box 28949,    New York, NY 10087-8949
518261899      +The Valley Hospital,    PO Box 18998,    Newark, NJ 07191-8998
518286111      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             E-mail/Text: Fitz2Law@gmail.com Jul 14 2020 00:18:40      Nicholas Fitzgerald,
                 Fitzgerald & Crouch, P.C.,    649 Newark Avenue,    Jersey City, NJ   07306
aty             E-mail/Text: Fitz2Law@gmail.com Jul 14 2020 00:18:40      Nicholas Fitzgerald,
                 Fitzgerald and Associates,    649 Newark Avenue,    Jersey City, NJ   07306
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2020 00:19:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2020 00:19:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518261886       EDI: HNDA.COM Jul 14 2020 03:53:00      American Honda Finance,    Attn: Bankruptcy,
                 Po Box 168088,    Irving, TX 75016
518293459       EDI: HNDA.COM Jul 14 2020 03:53:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
518261887      +EDI: BANKAMER.COM Jul 14 2020 03:53:00      Bank Of America,    4909 Savarese Circle,
                 Fl1-908-01-50,    Tampa, FL 33634-2413
518261888      +EDI: TSYS2.COM Jul 14 2020 03:53:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
518261890      +EDI: CAPITALONE.COM Jul 14 2020 03:53:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518334304      +EDI: AIS.COM Jul 14 2020 03:53:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518261892       EDI: DISCOVER.COM Jul 14 2020 03:53:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
518261891      +EDI: NAVIENTFKASMDOE.COM Jul 14 2020 03:53:00      Dept of Ed / Navient,    Attn: Claims Dept,
                 Po Box 9635,    Wilkes Barr, PA 18773-9635
518272711       EDI: DISCOVER.COM Jul 14 2020 03:53:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
518261893      +E-mail/Text: ebn@rwjbh.org Jul 14 2020 00:19:44      Jersey City Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
518261895      +E-mail/Text: bankruptcy@lightstream.com Jul 14 2020 00:19:56      Lightstream,    Suntrust,
                 303 Peachtree Street,    Atlanta, GA 30308-3201
518261896      +EDI: NAVIENTFKASMSERV.COM Jul 14 2020 03:53:00      Navient,    Attn: Bankruptcy,    Po Box 9640,
                 Wilkes-Barre, PA 18773-9640
518377388       EDI: NAVIENTFKASMSERV.COM Jul 14 2020 03:53:00      Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
518381426       EDI: PRA.COM Jul 14 2020 03:53:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
518261897      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 14 2020 00:19:41      Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518319177      +E-mail/Text: bankruptcyteam@quickenloans.com Jul 14 2020 00:19:41      Quicken Loans Inc.,
                 635 Woodward Ave.,    Detroit, MI 48226-3408
518285861      +EDI: STF1.COM Jul 14 2020 03:53:00      SunTrust Bank,    Attn: Support Services,
                 P.O. Box 85092,    Richmond, VA 23286-0001
518261898      +E-mail/Text: bankruptcy@lightstream.com Jul 14 2020 00:19:56      Suntrust,
                 303 Peachtree Street,    Atlanta, GA 30308-3208
518261900       EDI: TFSR.COM Jul 14 2020 03:53:00      Toyota Financial Services,    Attn: Bankruptcy Dept,
                 Po Box 8026,    Cedar Rapids, IA 52409
518363622      +E-mail/Text: peritus@ebn.phinsolutions.com Jul 14 2020 00:19:59
                 Westlake - C/O Peritus Portfolio Services,    P.O. Box 141419,    Irving, TX 75014-1419
518261901      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 14 2020 00:19:28
                 Westlake Financial Services,    PO Box 76809,    Los Angeles, CA 90076-0809
                                                                                              TOTAL: 25
```

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2           User: admin              Page 2 of 2           Date Rcvd: Jul 13, 2020
                               Form ID: 309A            Total Noticed: 32

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2020 at the address(es) listed below:
NONE.                                                                              TOTAL: 0
```