FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel , U.S. Bankruptcy Judge

| **CASE NUMBER:** 19−20409−SLM | **DATE FILED::** 5/22/19 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Richard Perry<br>xxx−xx−3632<br><br>Jessica Perry<br>aka Jessica Serrano<br>xxx−xx−8974 | **ADDRESS OF DEBTOR(S):**<br><br>1158 Kennedy Blvd<br>Bayonne, NJ 07002<br><br><br>1158 Kennedy Blvd<br>Bayonne, NJ 07002 |
| DEBTOR'S ATTORNEY:<br>Nicholas Fitzgerald<br>Fitzgerald & Crouch, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br><br>201−533−1100<br><br>Nicholas Fitzgerald<br>Fitzgerald & Crouch, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br><br>201−533−1100 | TRUSTEE:<br>Barbara Edwards<br>Muscarella,Bochet,Edwards & D'Alessandro<br>10−04 River Road<br>Fair Lawn, NJ 07410<br>(201) 796−3100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

11/10/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: August 13, 2020                                    FOR THE COURT

Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 19-20409-SLM
Richard Perry                                                       Chapter 7
Jessica Perry
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Aug 13, 2020
                              Form ID: noa                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db/jdb         +Richard Perry,    Jessica Perry,    1158 Kennedy Blvd,    Bayonne, NJ 07002-3124
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
518346211      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
518261889      +Brinks Home Security,    Dept CH 8628,   Palatine, IL 60055-0001
518261894      +Jersey City Medical Center,    PO Box 28949,   New York, NY 10087-8949
518261899      +The Valley Hospital,    PO Box 18998,   Newark, NJ 07191-8998
518286111      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2020 00:12:49     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2020 00:12:44     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: HNDA.COM Aug 14 2020 03:38:00     American Honda Finance Corporation,    PO Box 168088,
                 Irving, TX 75016-8088
518261886       EDI: HNDA.COM Aug 14 2020 03:38:00     American Honda Finance,   Attn: Bankruptcy,
                 Po Box 168088,   Irving, TX 75016
518293459       EDI: HNDA.COM Aug 14 2020 03:38:00     American Honda Finance Corporation,
                 National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088
518261887      +EDI: BANKAMER.COM Aug 14 2020 03:38:00     Bank Of America,   4909 Savarese Circle,
                 Fl1-908-01-50,   Tampa, FL 33634-2413
518261888      +EDI: TSYS2.COM Aug 14 2020 03:38:00     Barclays Bank Delaware,   Attn: Correspondence,
                 Po Box 8801,   Wilmington, DE 19899-8801
518261890      +EDI: CAPITALONE.COM Aug 14 2020 03:38:00     Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518334304      +EDI: AIS.COM Aug 14 2020 03:38:00     Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518261892       EDI: DISCOVER.COM Aug 14 2020 03:38:00     Discover Financial,   Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
518261891      +EDI: NAVIENTFKASMDOE.COM Aug 14 2020 03:38:00     Dept of Ed / Navient,   Attn: Claims Dept,
                 Po Box 9635,   Wilkes Barr, PA 18773-9635
518272711       EDI: DISCOVER.COM Aug 14 2020 03:38:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
518261893      +E-mail/Text: ebn@rwjbh.org Aug 14 2020 00:13:06     Jersey City Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
518261895      +E-mail/Text: bankruptcy@lightstream.com Aug 14 2020 00:13:17     Lightstream,   Suntrust,
                 303 Peachtree Street,   Atlanta, GA 30308-3201
518261896      +EDI: NAVIENTFKASMSERV.COM Aug 14 2020 03:38:00     Navient,   Attn: Bankruptcy,   Po Box 9640,
                 Wilkes-Barre, PA 18773-9640
518377388       EDI: NAVIENTFKASMSERV.COM Aug 14 2020 03:38:00     Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,   PO BOX 9635,   Wilkes-Barre, PA 18773-9635
518381426       EDI: PRA.COM Aug 14 2020 03:38:00     Portfolio Recovery Associates, LLC,   c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
518261897      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 14 2020 00:13:03     Quicken Loans,
                 Attn: Bankruptcy,   1050 Woodward Avenue,   Detroit, MI 48226-1906
518319177      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 14 2020 00:13:03     Quicken Loans Inc.,
                 635 Woodward Ave.,   Detroit, MI 48226-3408
518285861      +EDI: STF1.COM Aug 14 2020 03:38:00     SunTrust Bank,   Attn: Support Services,
                 P.O. Box 85092,   Richmond, VA 23286-0001
518261898      +E-mail/Text: bankruptcy@lightstream.com Aug 14 2020 00:13:17     Suntrust,
                 303 Peachtree Street,   Atlanta, GA 30308-3208
518261900       EDI: TFSR.COM Aug 14 2020 03:38:00     Toyota Financial Services,   Attn: Bankruptcy Dept,
                 Po Box 8026,   Cedar Rapids, IA 52409
518363622      +E-mail/Text: peritus@ebn.phinsolutions.com Aug 14 2020 00:13:23
                 Westlake - C/O Peritus Portfolio Services,    P.O. Box 141419,   Irving, TX 75014-1419
518261901      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 14 2020 00:12:46
                 Westlake Financial Services,   PO Box 76809,   Los Angeles, CA 90076-0809
                                                                                               TOTAL: 24

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 13, 2020
                              Form ID: noa             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              Barbara     Edwards      on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara     Edwards      bedwardstrustee@aol.com,    NJ48@ecfcbis.com
              Denise E. Carlon     on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.     on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Nicholas    Fitzgerald    on behalf of Debtor Richard    Perry Fitz2Law@gmail.com
              Nicholas    Fitzgerald    on behalf of Joint Debtor Jessica    Perry Fitz2Law@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8
```