UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Richard Perry and Jessica Perry,  
Debtor(s).

Case No.: 19-20409-SLM  
Chapter: 7  
Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

____Barbara A. Edwards____, ____Trustee____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable ____Stacey L. Meisel____ on ____9/15/2020____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real property in the name of debtor, Jessica Perry, located at 1158 Kennedy Blvd., Bayonne, NJ. Fair Market Value: $270,000.00. After taking into consideration the mortgage, administrative costs of sale and debtor's exemption, no monies will be remaining for distribution to unsecured creditors herein. |
|---|---|
| Liens on property: | Subject to mortgage held by Quicken Loans in the approximate amount of $236,478.60. |
| Amount of equity claimed as exempt: | $6,521.40 |

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee  
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410  
Telephone No.: 201-796-3100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-20409-SLM
Richard Perry                                                         Chapter 7
Jessica Perry
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: Aug 17, 2020
                             Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2020.
db/jdb         +Richard Perry,    Jessica Perry,    1158 Kennedy Blvd,    Bayonne, NJ 07002-3124
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
518261887      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518346211      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518261888      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518261889      +Brinks Home Security,    Dept CH 8628,    Palatine, IL 60055-0001
518261894      +Jersey City Medical Center,    PO Box 28949,    New York, NY 10087-8949
518285861      +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
518261900     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,    Attn: Bankruptcy Dept,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518261899      +The Valley Hospital,    PO Box 18998,    Newark, NJ 07191-8998
518286111      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2020 00:30:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2020 00:30:03       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 18 2020 00:30:09
                 American Honda Finance Corporation,    PO Box 168088,    Irving, TX  75016-8088
518261886       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 18 2020 00:30:09      American Honda Finance,
                 Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
518293459       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 18 2020 00:30:09
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518261890      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 18 2020 00:32:40       Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518334304      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2020 00:32:54
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518261892       E-mail/Text: mrdiscen@discover.com Aug 18 2020 00:28:57      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518261891      +E-mail/PDF: pa_dc_ed@navient.com Aug 18 2020 00:33:19      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
518272711       E-mail/Text: mrdiscen@discover.com Aug 18 2020 00:28:57      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
518261893      +E-mail/Text: ebn@rwjbh.org Aug 18 2020 00:30:22      Jersey City Medical Center,    PO Box 903,
                 Oceanport, NJ 07757-0903
518261895      +E-mail/Text: bankruptcy@lightstream.com Aug 18 2020 00:30:31       Lightstream,    Suntrust,
                 303 Peachtree Street,    Atlanta, GA 30308-3201
518261896      +E-mail/PDF: pa_dc_claims@navient.com Aug 18 2020 00:32:06      Navient,    Attn: Bankruptcy,
                 Po Box 9640,    Wilkes-Barre, PA 18773-9640
518377388       E-mail/PDF: pa_dc_claims@navient.com Aug 18 2020 00:33:19
                 Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
518381426       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 18 2020 00:32:54
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
518261897      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 18 2020 00:30:18       Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518319177      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 18 2020 00:30:18       Quicken Loans Inc.,
                 635 Woodward Ave.,    Detroit, MI 48226-3408
518261898      +E-mail/Text: bankruptcy@lightstream.com Aug 18 2020 00:30:31       Suntrust,
                 303 Peachtree Street,    Atlanta, GA 30308-3208
518363622      +E-mail/Text: peritus@ebn.phinsolutions.com Aug 18 2020 00:30:40
                 Westlake - C/O Peritus Portfolio Services,    P.O. Box 141419,    Irving, TX 75014-1419
518261901      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 18 2020 00:30:04
                 Westlake Financial Services,    PO Box 76809,    Los Angeles, CA 90076-0809
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Aug 17, 2020
                               Form ID: pdf905             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
              Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards     bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Nicholas    Fitzgerald    on behalf of Debtor Richard   Perry Fitz2Law@gmail.com
              Nicholas    Fitzgerald    on behalf of Joint Debtor Jessica   Perry Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 8
```