UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barbara A. Edwards, Interim Trustee
Muscarella, Bochet, Edwards & D'Alessandro, PC
10-04 River Road
Fair Lawn, NJ 07410
Telephone: 201-796-3100
BAE7510

Order Filed on August 20, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard Perry & Jessica Perry,
                Debtors.

Case No.: 19-20409-SLM

Chapter: 7

Judge: Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

Muscarella, Bochet, Edwards & D'Alessandro, PC

The relief set forth on the following page is **ORDERED**.

**DATED: August 20, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Muscarella,Bochet,Edwards&D'Alessandro

as _____Counsel to Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  10-04 River Road

    Fair Lawn, NJ 07410

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

```
                       United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-20409-SLM
Richard Perry                                                   Chapter 7
Jessica Perry
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Aug 20, 2020
                               Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db/jdb         +Richard Perry,    Jessica Perry,   1158 Kennedy Blvd,   Bayonne, NJ 07002-3124
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,   649 Newark Avenue,
                 Jersey City, NJ 07306-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara   Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Nicholas   Fitzgerald    on behalf of Debtor Richard   Perry Fitz2Law@gmail.com
              Nicholas   Fitzgerald    on behalf of Joint Debtor Jessica   Perry Fitz2Law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8