| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Richard Perry**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–3632<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Jessica Perry**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8974<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–20409–SLM | |

# Order of Discharge                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Perry                                    Jessica Perry
                                                  aka Jessica Serrano

10/9/20                                          **By the court:**  Stacey L. Meisel
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Richard Perry  
Jessica Perry  
    Debtor(s)

Case No. 19-20409-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: 318 | Total Noticed: 33 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Perry, Jessica Perry, 1158 Kennedy Blvd, Bayonne, NJ 07002-3124 |
| aty | + | Muscarella, Bochet, Edwards & D'Alessandro, PC, Muscarella, Bochet, Edwards & D'Alessand, 10-04 River Road, Fair Lawn, NJ 07410-1433 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| 518346211 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518261889 | + | Brinks Home Security, Dept CH 8628, Palatine, IL 60055-0001 |
| 518976330 | + | Disney Global Mobility, 500 S. Buena Vista St, Burbank, CA 91521-0001 |
| 518261894 | + | Jersey City Medical Center, PO Box 28949, New York, NY 10087-8949 |
| 518261899 | + | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518286111 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2020 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2020 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: HNDA.COM | Oct 10 2020 01:43:00 | American Honda Finance Corporation, PO Box 168088, Irving, TX 75016-8088 |
| 518261886 | | EDI: HNDA.COM | Oct 10 2020 01:43:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518293459 | | EDI: HNDA.COM | Oct 10 2020 01:43:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518261887 | + | EDI: BANKAMER.COM | Oct 10 2020 01:38:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518261888 | + | EDI: TSYS2.COM | Oct 10 2020 01:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518261890 | + | EDI: CAPITALONE.COM | Oct 10 2020 01:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518334304 | + | EDI: AIS.COM | Oct 10 2020 01:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518261892 | | EDI: DISCOVER.COM | Oct 10 2020 01:38:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518261891 | + | EDI: NAVIENTFKASMDOE.COM | Oct 10 2020 01:38:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518272711 | | EDI: DISCOVER.COM | Oct 10 2020 01:38:00 | Discover Bank, Discover Products Inc, PO Box |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: 318 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 518261893 | + | Email/Text: ebn@rwjbh.org | Oct 09 2020 22:07:00 | 3025, New Albany, OH 43054-3025<br>Jersey City Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 518261895 | + | Email/Text: bankruptcy@lightstream.com | Oct 09 2020 22:07:00 | Lightstream, Suntrust, 303 Peachtree Street, Atlanta, GA 30308-3201 |
| 518261896 | + | EDI: NAVIENTFKASMSERV.COM | Oct 10 2020 01:38:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 518377388 | | EDI: NAVIENTFKASMSERV.COM | Oct 10 2020 01:38:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518381426 | | EDI: PRA.COM | Oct 10 2020 01:38:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518261897 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 09 2020 22:07:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 518319177 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 09 2020 22:07:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 518285861 | + | EDI: STF1.COM | Oct 10 2020 01:38:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 518261898 | + | Email/Text: bankruptcy@lightstream.com | Oct 09 2020 22:07:00 | Suntrust, 303 Peachtree Street, Atlanta, GA 30308-3208 |
| 518261900 | | EDI: TFSR.COM | Oct 10 2020 01:38:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518363622 | + | Email/Text: peritus@ebn.phinsolutions.com | Oct 09 2020 22:07:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 518261901 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 09 2020 22:06:00 | Westlake Financial Services, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Jessica Perry, 1158 Kennedy Blvd, Bayonne, NJ 07002-3124 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2020             Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 09, 2020 | Form ID: 318 | Total Noticed: 33

below:

| Name | Email Address |
| --- | --- |
| Barbara Edwards | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com NJ48@ecfcbis.com |
| Barbara Edwards | bedwardstrustee@aol.com NJ48@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Nicholas Fitzgerald | on behalf of Debtor Richard Perry Fitz2Law@gmail.com |
| Nicholas Fitzgerald | on behalf of Joint Debtor Jessica Perry Fitz2Law@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8