

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**NEWARK VICINAGE**<br><br>**MUSCARELLA, BOCHET,**<br>**EDWARDS & D'ALESSANDRO, P.C.**<br>10-04 River Road<br>Fair Lawn, NJ  07410<br>(201) 796-3100<br>Attorneys for Trustee<br>BAE7510<br><br>_____<br><br>**In the Matter of**<br><br>**RICHARD PERRY AND**<br>**JESSICA PERRY,**<br><br>                    Debtors. | Order Filed on October 20, 2021<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br>Chapter 7<br>Case No.  19-20409-SLM<br><br>Hearing Date: 10/19/2021 |

### ORDER EXPUNGING THE CLAIM OF
### TOYOTA MOTOR CREDIT CORPORATION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 20, 2021**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

**RE:** Richard Perry and Jessica Perry, Debtors
Chapter 7; Case No.  19-20409-SLM

**ORDER EXPUNGING THE CLAIM OF TOYOTA MOTOR CREDIT CORPORATION**

---

**THIS MATTER,** having been opened to the Court by Barbara A. Edwards, Trustee in the above captioned matter, on a Motion to expunge claim #3 filed by Toyota Motor Credit Corporation, due notice having been given to the parties in interest, and the Court having considered the moving papers, and good cause having been shown for the entry of this Order; it is

**ORDERED** that claim #3 on the claims register filed by Toyota Motor Credit Corporation, on June 05, 2019 be and the same is hereby expunged.