Order Filed on October 20, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

**MUSCARELLA, BOCHET,
EDWARDS & D'ALESSANDRO, P.C.**
10-04 River Road
Fair Lawn, NJ  07410
(201) 796-3100
Attorneys for Trustee
BAE7510

_____

**In the Matter of**

**RICHARD PERRY AND
JESSICA PERRY,**

                Debtors.

Chapter 7
Case No.  19-20409-SLM

Hearing Date: 10/19/2021

## ORDER EXPUNGING THE CLAIM OF
## TOYOTA MOTOR CREDIT CORPORATION

    The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 20, 2021**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

RE: **Richard Perry and Jessica Perry, Debtors**
**Chapter 7; Case No. 19-20409-SLM**

**ORDER EXPUNGING THE CLAIM OF TOYOTA MOTOR CREDIT CORPORATION**

___

**THIS MATTER,** having been opened to the Court by Barbara A. Edwards, Trustee in the above captioned matter, on a Motion to expunge claim #3 filed by Toyota Motor Credit Corporation, due notice having been given to the parties in interest, and the Court having considered the moving papers, and good cause having been shown for the entry of this Order; it is

**ORDERED** that claim #3 on the claims register filed by Toyota Motor Credit Corporation, on June 05, 2019 be and the same is hereby expunged.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-20409-SLM |
| Richard Perry | Chapter 7 |
| Jessica Perry | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Perry, Jessica Perry, 3003 Gibraltor Blvd FL, Smyna Beach,, FL 32168-2434 |
| aty | + Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 22, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barbara Edwards | |
| | on behalf of Attorney Muscarella  Bochet, Edward & D'Alessandro bedwardstrustee@aol.com, NJ48@ecfcbis.com |
| Barbara Edwards | |
| | on behalf of Trustee Barbara Edwards bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Barbara Edwards | |
| | bedwardstrustee@aol.com  NJ48@ecfcbis.com |
| Denise E. Carlon | |
| | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Muscarella, Bochet, Edward & D'Alessandro
    bedwardstrustee@aol.com

Nicholas Fitzgerald
    on behalf of Debtor Richard Perry fitz2law@gmail.com

Nicholas Fitzgerald
    on behalf of Joint Debtor Jessica Perry fitz2law@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10