Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.: 19–20409–SLM
                            Chapter: 7
                            Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Perry | Jessica Perry |
| 3003 Gibraltor Blvd FL | aka Jessica Serrano |
| Smyna Beach,, FL 32168 | 3003 Gibraltor Blvd |
| | New Smyna Beach, FL 32168 |

Social Security No.:
  xxx–xx–3632                              xxx–xx–8974

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barbara Edwards is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 19, 2021</u>           <u>Stacey L. Meisel</u>
                                            Judge, United States Bankruptcy Court